UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:21-cr-70-KDB-SCR-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **60-DAY ORDER** |
| | ) | |
| PHILLIP ANTHONY GODFREY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255.[1] [Doc. 284].

The Court has conducted an initial screening of the petition under the Rules Governing § 2255 Proceedings, Rule 4(b) 28 U.S.C.A. foll. § 2255, and finds that: (1) the petition has been filed pro se under penalty of perjury; (2) the petition appears to be timely; and (3) Defendant has asserted a colorable claim for relief cognizable under § 2255(a). Upon consideration of the motion and the record of prior proceedings, the Court determines that the United States Attorney should file a response to Defendant's allegations.

The Court will direct that the United States file an answer or other responsive pleading to the Amended Section 2255 Motion to Vacate within sixty (60) days. Defendant may file a reply to the United States' response pursuant to Rule 5(d) of the Rules Governing Section 2255

---

[1] The original Motion to Vacate was not verified. [Doc. 280]. On June 14, 2024, the Court ordered the Defendant to verify the Motion to Vacate within 14 days. [Doc. 282]. Rather than doing so, the Defendant re-filed the Motion to Vacate, which he has now signed [Doc. 284]; it is construed as the operative Amended Motion to Vacate. The Clerk will be instructed to terminate the original Motion to Vacate [Doc. 280], which has been superseded.

Proceedings. The Court orders that any such reply must be filed within twenty-one (21) days of the filing of the United States' response.

**IT IS, THEREFORE, ORDERED** that:

1. The United States Attorney shall file an answer or other responsive pleading to Defendant's Amended Motion to Vacate, Set Aside, or Correct Sentence no later than **sixty (60) days** from the date of this Order.

2. Any reply filed by Defendant must be filed within **twenty-one (21) days** of the United States' response.

3. The Clerk is instructed to terminate the § 2255 Motion to Vacate [Doc. 280], which has been superseded.

Signed: July 11, 2024

Kenneth D. Bell
United States District Judge